# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Lenore G Williams | Case No.: _____ 14-22478 _____<br><br>Hearing Date: _____ 1/12/2018 _____<br><br>Chapter: _____ 13 _____<br><br>Judge: _____ JNP _____ |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____ Jerrold N. Poslusny Jr. _____,
United States Bankruptcy Judge.

**Reason for Hearing:**    Objection to Trustee's Certification of Non-Payment
_____

**Location of Hearing:**    Courtroom No. __4C__
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:**    January 12, 2018@10:00AM _____, or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ☒  **ARE REQUIRED**    ☐  **ARE NOT REQUIRED**

DATE: __11/24/2017_____

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin _____
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____ 11/24/ _____, 20 17 ____ this notice was served on the
following:

Debtor, Counsel for Debtor, and Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin _____
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-22478-JNP
Lenore G Williams                                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Nov 28, 2017
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
db            +Lenore G Williams,    516 East Oak Street,    Millville, NJ 08332-3150

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
          MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE3 nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
          MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE3 dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
          Morgan Stanley ABS Capital I Inc. Trust 2006- HE3 Mortgage Pass-Through Certificates, Series
          2006-HE3 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
          ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Moshe Rothenberg    on behalf of Debtor Lenore G Williams mosherothenbergbkesq@gmail.com,
          alyson@mosherothenberg.com
          Nona Ostrove    on behalf of Creditor    City of Millville nostrove@ostrovelaw.com
                                                                                    TOTAL: 9