Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14–22478–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lenore G Williams
    516 East Oak Street
    Millville, NJ 08332

Social Security No.:
    xxx–xx–2534

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 25, 2014.

On December 26, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                February 7, 2018
Time:                 10:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 27, 2017
JAN: ld

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-22478-JNP
Lenore G Williams                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin         Page 1 of 2          Date Rcvd: Dec 27, 2017
                        Form ID: 185        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.
```
db              +Lenore G Williams,    516 East Oak Street,    Millville, NJ 08332-3150
cr             ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                   Southfield, MI  48034)
cr              +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
                   400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
514862147       +AMerica’s Servicing COmpany,    Phelan Hallinan And Schmieg,    400 Fellowship Road,
                   Mount Laurel, NJ 08054-3437
516052894       +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS et.al.,    AMERICAS SERVICING COMPANY,
                   Attention: Bankruptcy Department,    MAC# D3347-014,    3476 STATEVIEW BOULEVARD,
                   FORT MILL SC 29715-7203
516662684       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129-2386
516662685       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                   8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
514862149       +US Department Of Education,    Direct Loan Servicing Center,    PO Box 5609,
                   Greenville, TX 75403-5609
515123761       +Wells Fargo Bank, N.A. D/B/A America’s Servicing,    MAC #D3347-014,    3476 Stateview Blvd,
                   Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2017 22:34:01     U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2017 22:33:59     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
514909466       +E-mail/Text: tracey.gregoire@millvillenj.gov Dec 27 2017 22:34:00     City of Millville,
                   PO Box 609,    Millville, NJ 08332-0609
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514862148*     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court: Credit Acceptance,    25505 West Twelve Mile Road,
                   Southfield, MI  48034)
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2017 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE3 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE3 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006- HE3 Mortgage Pass-Through Certificates, Series
               2006-HE3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Dec 27, 2017
                              Form ID: 185             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
         John R. Morton, Jr.    on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
         Moshe  Rothenberg    on behalf of Debtor Lenore G Williams mosherothenbergbkesq@gmail.com, alyson@mosherothenberg.com
         Nona  Ostrove    on behalf of Creditor   City of Millville nostrove@ostrovelaw.com
                                                                                                                     TOTAL: 9