| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Deutsche Bank National Trust Company, as Trustee<br>for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 | **Order Filed on February 26, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re:<br><br>Lenore G. Williams,<br><br>Debtors. | Case No.:  14-22478 JNP<br>Adv. No.:<br>Hearing Date:  2/7/18 @ 10:00 A.M.<br><br>Judge:  Jerrold N. Poslusny Jr. |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO THE CONFIRMATION FO DEBTOR'S CHAPTER 13 PLAN AND PROVIDING FOR STAY RELIEF

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 26, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtor: | Lenore G. Williams |
| Case No.: | 14-22478 JNP |
| Caption: | **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN AND PROVIDING FOR STAY RELIEF** |

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006- HE3., the holder of a first mortgage on property known as 516 East Oak St, Millville, NJ, 08332, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for the Secured Creditor and Moshe Rothenberg, Attorney for Debtor, and for good cause having been shown;

It is **ORDERED, ADJUDGED and DECREED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■     Real Property More Fully Described as:

**Land and premises commonly known as 516 East Oak Street, Millville, NJ 08332**

It is further **ORDERED** that the Secured Creditor may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and

It is further **ORDERED** that stay relief is granted as to the subject property regardless of the provisions in the Debtor's chapter 13 plan stating otherwise; and

It is further **ORDERED** that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property;

Page 3

| | |
|---|---|
| Debtor: | Lenore G. Williams |
| Case No.: | 14-22478 JNP |
| Caption: | **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN AND PROVIDING FOR STAY RELIEF** |

It is further **ORDERED** that Secured Creditor's objection to the confirmation of Debtor's Chapter 13 plan is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-22478-JNP
Lenore G Williams                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Feb 26, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
db            +Lenore G Williams,    516 East Oak Street,    Millville, NJ 08332-3150

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
        Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
        MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE3 nj.bkecf@fedphe.com
        Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
        MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE3 dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
        Morgan Stanley ABS Capital I Inc. Trust 2006- HE3 Mortgage Pass-Through Certificates, Series
        2006-HE3 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
        summarymail@standingtrustee.com
        Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
        John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
        ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        Moshe  Rothenberg    on behalf of Debtor Lenore G Williams mosherothenbergbkesq@gmail.com,
        alyson@mosherothenberg.com
        Nona  Ostrove    on behalf of Creditor    City of Millville nostrove@ostrovelaw.com
                                                                                  TOTAL: 9